UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>Defendant. | Civil Action No. 22-0393 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's March 24, 2022, Minute Order, Plaintiffs and Defendant, United States Marshals Service ("USMS"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiffs on February 14, 2022. ECF No. 1. Plaintiffs seek records related to contracting to operate the Western Region Detention Facility in San Diego, California.

2. There are two requests at issue in this litigation: Requests A and B. The USMS has completed its searches for both requests. With respect to Request A, the USMS has completed its responsiveness review and determined that approximately 227 pages are responsive. The USMS is currently processing the records associated with Request A and anticipates releasing those records by the end of May. With respect to Request B, the USMS has not yet uploaded all the potentially responsive records to its review platform and therefore cannot provide the approximate page count. However, the USMS indicates that it has located approximately 381 potentially responsive records.

3. At this time, Defendants do not anticipate the need for an *Open America* stay in this case.

4. The Parties propose deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until the document productions have concluded.

5. The Parties propose to file an additional JSR no later than June 1, 2022.

6. A proposed order is enclosed.

Dated: May 2, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

*/s/ Matthew E. Kelley*
MATTHEW E. KELLEY, DC Bar #1018126
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508-1112
kelleym@ballardspahr.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-0393 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

### [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by June 1, 2022, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
Tanya S. Chutkan
United States District Judge