UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>Defendant. | Civil Action No. 22-0393 (TSC) |

## JOINT STATUS REPORT

Plaintiffs and Defendant, United States Marshals Service ("USMS"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiffs on February 14, 2022. ECF No. 1. Plaintiffs seek records related to contracting to operate the Western Region Detention Facility in San Diego, California.

2. There are two requests at issue in this litigation: Requests A and B. The USMS has completed its searches for both requests. With respect to Request A, the USMS completed its responsiveness review and determined that approximately 227 pages are responsive. Although USMS stated in last month's JSR that it anticipated releasing those records by the end of May, USMS is in the process of finalizing its review for FOIA exemptions, which it expects to complete in June. With respect to Request B, USMS has completed its responsiveness review and determined that 355 records are responsive (approximately 1272 pages). USMS anticipates processing 250-300 pages from Request B and making its first release from this Request by the end of July.

3. The Parties propose to file an additional JSR no later than July 1, 2022.

4. A proposed order is enclosed.

Dated: June 1, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

 /s/ Matthew E. Kelley
MATTHEW E. KELLEY, DC Bar #1018126
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508-1112
kelleym@ballardspahr.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-0393 (TSC) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by July 1, 2022, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
Tanya S. Chutkan
United States District Judge