UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>Defendant. | Civil Action No. 22-0393 (TSC) |

## JOINT STATUS REPORT

Plaintiffs and Defendant, United States Marshals Service ("USMS"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiffs on February 14, 2022. ECF No. 1. Plaintiffs seek records related to contracting to operate the Western Region Detention Facility in San Diego, California.

2. There are two requests at issue in this litigation: Requests A and B. The USMS has completed its searches for both requests.

3. With respect to Request A, the USMS completed its responsiveness review and determined that approximately 227 pages are responsive. On June 8, 2022, USMS made its release of non-exempt information with regards to Request A.

4. With respect to Request B, USMS has completed its responsiveness review and determined that 355 records are responsive (approximately 1272 pages). These records are being processed and released on a rolling basis. USMS made a first interim release of non-exempt information on July 28, 2022, and it anticipates making its next release by September 16, 2022.

5.  Plaintiffs have raised concerns regarding the redactions in the first document production and will confer with opposing counsel regarding the redactions.

6.  Consistent with the Court's August 8, 2022, Minute Order, the Parties will file an additional JSR no later than October 11, 2022.

Dated:  September 8, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

/s/ Matthew E. Kelley
MATTHEW E. KELLEY, DC Bar #1018126
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508-1112
kelleym@ballardspahr.com

*Counsel for Plaintiff*